## Case No. 4,195.

### DURKEE v. WORKMAN et al.

[1 Wkly. Notes Cas. 204.]

District Court, E. D. Pennsylvania. Dec. 24, 1874.[1]

Mr. Gormley, for libellant.

Morton P. Henry, for respondents.

CADWALADER, District Judge. "It appearing that all except the disputed part of the libellant's demand has been paid since the libel was filed, it is dismissed as to the residue thereof. Half costs are allowed to the libellant."